| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF VIRGINIA |
| Case number *(if known)* _____  Chapter  **7** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **DNA Enterprise LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **TA  Mech Sauce Get You Some**<br>**DBA  Mech Sauce** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-3473287** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**20436 Lynchburg Hwy, Ste B**<br>**Lynchburg, VA 24502**<br>Number, Street, City, State & ZIP Code<br><br>**Campbell**<br>County | **Mailing address, if different from principal place of business**<br><br>**P.O. Box 4007**<br>**Lynchburg, VA 24502**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**20436 Lynchburg Hwy, Storage Unit D Lynchburg, VA 24502**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **https://www.mechsauce.com/** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 1

Debtor  **DNA Enterprise LLC**    Case number (*if known*)
_____Name_____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__3133__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **DNA Enterprise LLC** _____ Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 3

Debtor  **DNA Enterprise LLC**                                                                    Case number (*if known*)
         Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **DNA Enterprise LLC**   Case number (*if known*) _____
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 20, 2023**
MM / DD / YYYY

X  **/s/ Donald Henley Jr, Donald Henley Sr, Andrew Henley**          **Donald Henley Jr, Donald Henley Sr, Andrew Henley**
Signature of authorized representative of debtor                         Printed name

Title   **Members**

**18. Signature of attorney**

X  **/s/ Stephen E. Dunn**                                Date   **November 20, 2023**
Signature of attorney for debtor                                       MM / DD / YYYY

**Stephen E. Dunn 26355**
Printed name

**Stephen E. Dunn, PLLC**
Firm name

**201 Enterprise Drive**
**Suite A**
**Forest, VA 24551**
Number, Street, City, State & ZIP Code

Contact phone  **434-385-4850**   Email address  **stephen@stephendunn-pllc.com; michelle@stephendunn-pllc.com**

**26355 VA**
Bar number and State

# United States Bankruptcy Court
## Western District of Virginia

In re  **DNA Enterprise LLC**　　　　　　　　　　　　　　　　Case No.　_____
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Members of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **November 20, 2023**　　　　　　　**/s/ Donald Henley Jr, Donald Henley Sr, Andrew Henley**
　　　　　　　　　　　　　　　　　　　　　　**Donald Henley Jr, Donald Henley Sr, Andrew Henley**/**Members**
　　　　　　　　　　　　　　　　　　　　　　Signer/Title

| | | |
|---|---|---|
| AFCO<br>150 N. FIELD DR<br>STE 190<br>LAKE FOREST, IL 60045 | CAMPBELL INSURANCE<br>801 MAIN STREET #400<br>LYNCHBURG, VA 24504 | DNA Enterprise LLC<br>ISURITY<br>PO BOX 6455<br>HIGH POINT, NC 27262 |
| AGECHECKER.NET C/O<br>QUISITIVE TECHNOLOGY SOLUTIONS INC<br>1431 GREENWAY DR, STE 1000<br>IRVING, TX 75038-2476 | CAROLINA MUTUAL INSURANCE INC<br>PO BOX 6455<br>HIGH POINT, NC 27262-6455 | JACQUELINE OWENS<br>57 CAPE CHARLES SQ<br>LYNCHBURG, VA 24502 |
| ANDREW HENLEY<br>120 PHEASANT RIDGE RD<br>LYNCHBURG, VA 24502 | COMPUTER EXCHANGE SERVICE & SALES<br>20607 TIMBERLAKE RD, STE B<br>LYNCHBURG, VA 24502 | JAMIE CARWILE<br>6861 WARDS RD<br>RUSTBURG, VA 24588 |
| APPALACHIAN POWER<br>PO BOX 971496<br>PITTSBURGH, PA 15250-7496 | CORPORATION SERVICE COMPANY<br>801 ADLAI STEVENSON DR<br>SPRINGFIELD, IL 62703 | LIEN SOLUTIONS<br>PO BOX 29071<br>GLENDALE, CA 91209-9071 |
| APPALACHIAN POWER<br>PO BOX 371496<br>PITTSBURGH, PA 15250-7496 | DONALD HENLEY JR<br>1703 LAXTON RD<br>LYNCHBURG, VA 24502 | MAILCHIMP<br>C/O THE ROCKET SOURCE GROUP LLC<br>675 PONCE DE LEON AVE NE STE 50<br>ATLANTA, GA 30308 |
| APPLE SERVICES<br>1 APPLE PARK WAY<br>CUPERTINO, CA 95014 | DONALD HENLEY SR<br>348 FOXCREST DR<br>LYNCHBURG, VA 24502 | MANTA<br>2600 ASHTON BLVD, STE 300<br>LEHI, UT 84043 |
| AUTO OWNERS INSURANCE<br>6101 ANACAPRI BLVD<br>LANSING, MI 48917-3994 | GFL ENVIRONMENTAL<br>26777 CENTRAL PARK BLVD<br>STE 255<br>SOUTHFIELD, MI 48076 | MICHELLE HENLEY<br>348 FOXCREST DR<br>LYNCHBURG, VA 24502 |
| AVALARA<br>255 S. KING STREET, STE 1800<br>SEATTLE, WA 98104 | IMT FIRST OY<br>KOT KANKATU 11B<br>KOTKA, FINLAND 48100<br>FINLAND | MICROSOFT 365<br>1 MICROSOFT WAY<br>REDMOND, WA 98052 |
| BANKERS HEALTHCARE GROUP LLC<br>10234 W STATE RD 84<br>FORT LAUDERDALE, FL 33324 | INTELLICHECK INC<br>200 BROADHOLLOW RD, STE 207<br>MELVILLE, NY 11747 | NETFLIX<br>5808 W SUNSET BLVD<br>FL 11<br>LOS ANGELES, CA 90028 |
| BETTER BUSINESS BUREAUS INC<br>5115 BERNARD DR<br>STE 202<br>ROANOKE, VA 24018 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | OHIO DEPARTMENT OF TAXATION<br>30 E.BROAD STREET #22<br>COLUMBUS, OH 43215 |

| | |
|---|---|
| OREGON DEPARTMENT OF REVENUE<br>955 CENTER STREET NE<br>SALEM, OR 97301 | DNA Enterprise LLC<br>TN DEPARTMENT OF REVENUE<br>500 DEADERICK ST<br>NASHVILLE, TN 37242 |
| PINNACLE BANK<br>150 3RD AVE SOUTH<br>STE 900<br>NASHVILLE, TN 37201 | U ATTEND<br>2777 LOKER AVE W STE A<br>CARLSBAD, CA 92010 |
| PRIORITY ACCOUNTING SERVICES, INC<br>REBECCA BROKAW<br>PO BOX 237<br>FOREST, VA 24551 | US ATTORNEY GENERAL MERRICK GARLAND<br>US DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20530-0001 |
| QUISITIVE LLC<br>RA: CAPITOL CORPORATE SERVICES INC<br>10 S. JEFFERSON ST, STE 1800<br>ROANOKE, VA 24011-1323 | US ATTORNEY'S OFFICE, WESTERN DIST<br>OF VA, JENNIFER MCNAMARA, CIVIL<br>PROCESS CLERK, P.O. BOX 1709<br>ROANOKE, VA 24008-1709 |
| SAMANTHA HENLEY<br>120 PHEASANT RIDGE RD<br>LYNCHBURG, VA 24502 | US ATTORNEY'S OFFICE, WESTERN DIST.<br>OF VA, CHRISTOPHER R. KAVANAUGH, US<br>ATTORNEY, P.O. BOX 1709<br>ROANOKE, VA 24008-1709 |
| SHENTEL BUSINESS<br>PO BOX 459<br>EDINBURG, VA 22824 | US SMALL BUSINESS ADMINISTRATION<br>2 NORTH STREET, STE 320<br>BIRMINGHAM, AL 35203 |
| SHIPPING EASY<br>4301 BULL CREEK RD<br>AUSTIN, TX 78731 | US SMALL BUSINESS ASSOCIATION<br>721 19TH STREET, STE 325<br>DENVER, CO 80202 |
| TALON INVESTMENTS LLC<br>3803 PERROWVILLE RD<br>FOREST, VA 24551 | VIRGINIA DEPARTMENT OF TAXATION<br>PO BOX 2156<br>RICHMOND, VA 23218 |
| THE BRAND LEADER<br>333 WADE HAMPTON BLVD<br>GREENVILLE, SC 29609 | VIRGINIA EMPLOYMENT COMMISSION<br>PO BOX 27592<br>RICHMOND, VA 23261-7592 |
| THE CINCINNATI INSURANCE CO<br>PO BOX 145620<br>CINCINNATI, OH 45250-5620 | |

# United States Bankruptcy Court
## Western District of Virginia

In re  **DNA Enterprise LLC**  
Debtor(s)

Case No.  
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **DNA Enterprise LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 20, 2023**  
Date

**/s/ Stephen E. Dunn**  
**Stephen E. Dunn 26355**  
Signature of Attorney or Litigant  
Counsel for **DNA Enterprise LLC**  
**Stephen E. Dunn, PLLC**  
**201 Enterprise Drive**  
**Suite A**  
**Forest, VA 24551**  
**434-385-4850 Fax:434-385-8868**  
**stephen@stephendunn-pllc.com; michelle@stephendunn-pllc.com**